**Order entered May 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00188-CV

**BAYLOR UNIVERSITY MEDICAL CENTER, ET AL., Appellants**

**V.**

**SARAH LAWTON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-09816**

## ORDER

We **GRANT** appellee's April 29, 2013 unopposed amended motion for an extension of

time to file a brief. Appellee shall file her brief on or before May 28, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE
